UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Southeastern Pipetrades Health and Welfare Fund, ) | |
| ) | Civil Action No: 3:13-cv-0809 |
| Plaintiff, ) | |
| ) | *Judge Campbell* |
| v. ) | *Magistrate Judge Knowles* |
| ) | |
| Friedman, Rodman & Frank, P.A., et al., ) | |
| ) | |
| Defendants ) | |

DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiff's Request for Entry of Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP) against Defendant Henry R. Ostendorf (Docket Entry No. 11). Defendant Ostendorf filed a motion for extension of time to answer (Docket Entry No. 14) and Plaintiff subsequently filed a motion to withdraw its request for entry of default (Docket Entry No. 22). Plaintiff's motion is considered withdrawn and denied on the basis of that withdrawal. The docket clerk is directed to terminate docket entries 11 and 22 as pending.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court