ORDER:
Motion granted without opposition.

*signature*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN PIPETRADES HEALTH AND WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:13-cv-809 |
| v. | ) ) ) | *Judge Campbell* *Magistrate Judge Knowles* |
| FRIEDMAN, RODMAN & FRANK, P.A., ANN M. GREEN, ADMINISTRATOR FOR THE ESTATE OF DONNA MARIE OSTENDORF, and HENRY R. OSTENDORF, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The Southeastern Pipetrades Health and Welfare Fund moves the Court for leave to file an Amended Complaint, which is attached hereto. The Amended Complaint clarifies claims against the initial Defendants, substitutes parties by dropping Ann M. Green, who has been replaced by Robyn Smith Ellis as the Administrator for the Estate of Donna Marie Ostendorf, and adds an additional claim against Henry R. Ostendorf.

Because Fed. R. Civ. P. 15(a)(2) provides the Court should freely give leave to amend, a supporting memorandum of law is not being filed.

Respectfully submitted,

s/R. Jan Jennings
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel. (615) 254-8801
Email: jan@branstetterlaw.com