UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


SOUTHEASTERN PIPETRADES          )
HEALTH AND WELFARE FUND          )
                                 )
v.                               )          NO. 3:13-0809
                                 )          JUDGE CAMPBELL
FRIEDMAN, RODMAN & FRANK, P.A.,  )
et al.                           )


ORDER


Pending before the Court is a Motion for Leave to Withdraw as Counsel (Docket No. 48),

filed by Defendants' local counsel. The Motion is GRANTED.

Defendants shall have 60 days from the date of this Order to secure new local counsel.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE