ORDER:
Motion granted without opposition.

*E. Clifton Knowles*

U.S. Magistrate Judge

# UNITED STATE DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SOUTHEASTERN PIPETRADES HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>FRIEDMAN, RODMAN & FRANK, P.A., ROBYN SMITH ELLIS, ADMINISTRATOR FOR THE ESTATE OF DONNA MARIE OSTENDORF, and HENRY R. OSTENDORF,<br><br>Defendants. | Civil Action No.: 3:13-CV-809<br><br>*Judge Campbell*<br>*Magistrate Judge Knowles* |

## MOTION FOR LEAVE TO AMEND

Now comes Defendant Robyn Smith Ellis, as Administrator of the Estate of Donna Marie Ostendorf, and moves the Court pursuant to Rule 15 of the Federal Rules of Civil Procedure for leave to amend her answer to name the remaining beneficiaries of the Estate, Tami M. Jones and Lisa M. Jones, as parties in order to bring them before the Court and insure that their interests are protected in this matter. In support of this motion, the Administrator states as follows:

1. This case is in the nature of a claim for reimbursement of funds paid for medical bills incurred by an insured person. The Plaintiff, a self-funded ERISA fund ("the Fund"), claims it paid $146,753.47 to cover the medical bills of Donna and Henry Ostendorf. The medical bills were incurred because of an automobile accident in Florida.

2. Defendant Friedman, Rodman & Frank, P.A. represented Donna and Henry Ostendorf, as well as Donna Ostendorf's daughters, Tami M. Jones and Lisa M. Jones, with

26889/1/6627233v1