UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | |
|---|---|
| SOUTHEASTERN PIPETRADES ) | |
| HEALTH AND WELFARE FUND ) | |
| ) | |
| v. ) | Civil Action No. 3:13-0809 |
| ) | Judge Campbell/Knowles |
| FRIEDMAN, RODMAN & FRANK, P.A., ) | |
| ET AL. ) | |

## **O R D E R**

A Case Management Conference is set for August 18, 2014, AT 10:00 a.m before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge