UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHEASTERN PIPETRADES<br>HEALTH AND WELFARE FUND<br><br>v.<br><br>FRIEDMAN, RODMAN & FRANK, P.A.,<br>ET AL. | )<br>)<br>)<br>) Civil Action No. 3:13-0809<br>) Judge Campbell/Knowles<br>)<br>) |

### O R D E R

The Case Management Conference previously set for August 18, 2014, at 10:00 a.m. is hereby rescheduled for **September 2, 2014, at 10:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge