ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHEASTERN PIPETRADES HEALTH AND WELFARE FUND, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>FRIEDMAN, RODMAN & FRANK, P.A., )<br>ROBYN SMITH ELLIS, ADMINISTRATOR )<br>FOR THE ESTATE OF DONNA MARIE )<br>OSTENDORF, and HENRY R. OSTENDORF, )<br>)<br>Defendants. ) | Civil Action No. 3:13-cv-809<br><br>*Judge Campbell*<br>*Magistrate Judge Knowles* |

## MOTION TO APPEAR TELEPHONICALLY AT SEPTEMBER 2, 2014 CASE MANAGEMENT CONFERENCE

The Defendants, FRIEDMAN, RODMAN & FRANK, P.A. and HENRY R. OSTENDORF, by and through the undersigned counsel, hereby request permission from the Court to appear telephonically at the Case Management Conference on September 2, 2014, at 10:00 A.M. before United States Magistrate Judge E. Clifton Knowles and state the following in support thereof:

1. The undersigned firm and Larry Parrish, Esq. represent the Defendants, FRIEDMAN, RODMAN & FRANK, P.A. and HENRY R. OSTENDORF in the instant matter.

2. The undersigned firm is located out-of-state at 3636 West Flagler Street, Miami, Florida 33135.

3. Mr. Parrish is located at 775 Ridgelake Blvd, Suite 145, Memphis, Tennessee – approximately 212 miles away from the Court.